

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-12-00317-CV

LISA WELCOME, Appellant

V.

TEXAS ROADHOUSE, INC., TEXAS ROADHOUSE OF FRIENDSWOOD, LTD.,
TEXAS ROADHOUSE MANAGEMENT CORP., TEXAS ROADHOUSE HOLDINGS,
LLC AND ROADHOUSE ENTERPRISES, INC., Appellees

Appeal from the 80th District Court of Harris County.   (Tr. Ct. No. 2009-13776).

**TO THE 80TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 23rd day of December 2014, the case upon appeal to revise

or to reverse your judgment was determined.   This Court made its order in these words:

> This case is an appeal from the final judgment signed by
> the trial court on March 2, 2012.   After submitting the case on
> the appellate record and the arguments properly raised by the
> parties, the Court holds that the trial court's judgment contains
> no reversible error.   Accordingly, the Court **affirms** the trial
> court's judgment.
>
> The Court **orders** that this decision be certified below
> for observance.

Judgment rendered December 23, 2014.

Panel consists of Justices Higley, Bland, and Sharp. Opinion delivered by Justice Sharp.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

March 6, 2015
Date

_____
CHRISTOPHER A. PRINE
CLERK OF THE COURT

